# UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
### Trenton, NJ

MAKSUDUR GAZI

                    Plaintiff,

v.                                              Case No.: 3:21−cv−12665−MAS−DEA

                                                    Judge Michael A. Shipp

MSNF FOODS LLC, et al.

                    Defendant.

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 30th day of August, 2022,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

        /s/ Michael A. Shipp
        _____
        MICHAEL A. SHIPP United States District Judge